UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KENNETH TRAVERS, individually and on
Behalf of others similarly situated,
                         Plaintiff,

         -against-

RELIANT REALTY SERRVICES, LLC,
HARBORVIEW TOWERS DEVELOPERS,
LLC, and HARBORVIEW TOWER, L.P.,
                         Defendants.
-------------------------------------------------------X

18 **CIVIL** 1903 (JMF)

**RULE 68 JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated October 11, 2018, 1. On September 17, 2018, Plaintiff accepted Defendants' Rule 68 Offer of Judgment, received via FedEx on September 10, 2018; 2. Plaintiff accept Defendants' offer to allow judgment to be taken in the amount of $12,500, inclusive of interest and liquidated damages as of the date of acceptance, plus costs and reasonable attorneys' fees to be determined by the Court and paid by Defendants; 3. Plaintiff will separately submit petition for attorneys;' fees and costs pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act, Rule 54 of the Federal Rules of Civil Procedure and any other applicable laws and rules; 4. This Judgment shall be in full satisfaction and in complete relief of all federal and state law claims or rights that Plaintiff may have as to damages in this action. Judgment is hereby entered in this matter against Defendants and for Plaintiff in the amount of $12, 500, plus attorney's fees and costs. The parties shall meet and confer in an attempt to reach agreement on Plaintiff's attorney's fees and costs. Barring agreement, Plaintiff shall file any motion for attorney's fees by November 5, 2018; Defendants shall file any opposition to such application by November 14, 2018; and Plaintiff shall file any reply by November 19, 2018 accordingly, this case is closed.

**Dated:** New York, New York
October 15, 2018

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/15/2018